IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MMA Law Firm, PLLC | § § § | CASE NO. 24-31596 |
| DEBTOR. | § § | |
| | § | |
| MMA LAW FIRM, PLLC, | § § | |
| Plaintiff, | § § | |
| v. | § | ADVERSARY NO.   25-3028 |
| PANDIT LAW FIRM, LLC | § § | |
| Defendant. | § § § § | |

## NOTICE OF CONSENT TO FINAL ORDERS

**PLEASE TAKE NOTICE** that the Plaintiff in this case, MMA Law Firm PLLC, hereby consents to the Bankruptcy Court entering final orders on all matters, core or non-core, that may arise in this proceeding.

Dated: September 10, 2025

                                            Respectfully submitted,
                                            By:  */s/ Miriam T. Goott*
                                            Miriam T. Goott
                                            Attorney-in-charge
                                            SBN 24048846
                                            COUNSEL FOR MMA

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
mgoott@walkerandpatterson.com

NOTICE - Page 1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice* has been served via electronic transmission upon all counsel in this matter on September 10, 2025.

By: */s/ Miriam T. Goott*
Miriam T. Goott